<u>**KOLLER LAW LLC**</u>

**DAVID M. KOLLER**                                                                                                   **JORDAN D. SANTO**

*LICENSED IN PENNSYLVANIA AND NEW JERSEY*

February 29, 2024

<u>**Via ECF**</u>
The Honorable John F. Murphy
U.S. District Court for the Eastern District of PA
601 Market Street
Philadelphia, PA 19106

      Re:    <u>**Jabril Shaw v. Target Corp.**</u>
             <u>**USDC ED PA 24-cv-00442**</u>

Dear Your Honor:

      I represent Plaintiff Jabril Shaw in the above captioned matter. I write on behalf of the parties to let you know that this matter has been resolved.

      Pursuant to Local Rule 41.1(b), the parties respectfully request that the Court enter an order dismissing the action pursuant to Local Rule 41.1(b) dismissing the action with prejudice, without costs, and pursuant to the agreement of counsel.

      Thank you for your time in this matter.

                                                      Very Truly Yours,
                                                      **KOLLER LAW, LLC**

                                                      <u>*/s/ David M. Koller*</u>
                                                      David M. Koller, Esq.

cc:      Counsel of record